IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3041 |
| vs. | ORDER |
| DANIEL MORRIS, | |
| Defendant. | |

This matter is before the Court on the defendant's Motion to Amend Judgment (filing 25). The motion will be granted.

At sentencing, the Court imposed as a condition of probation that the defendant "must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon. . . ." Filing 23 at 3. This does, however, conflict with the parties' agreement that the defendant not be prohibited from engaging in hunting activities. That was inadvertent.

The Court may modify the conditions of a defendant's probation at any time prior to the expiration or termination of the term of probation, after considering certain of the 18 U.S.C. § 3553(a) factors. 18 U.S.C. § 3563(c). The Court may do so without a hearing if the relief is favorable to the defendant, does not extend the period of supervised release, and if the government has received notice and an opportunity to object and has not done so. Fed. R. Crim. P. 32.1(c)(2). The government has been contacted with respect to the defendant's motion and has indicated that it has no objection.

The Court will, therefore, modify the defendant's conditions of probation to remove standard condition #10. *See* filing 23 at 3. The defendant's judgment of conviction will reflect the terms of this order. The probation officer will also

be directed to provide the defendant with a written statement of conditions that reflects the modification granted by this order. *See* § 3583(d). Accordingly,

    IT IS ORDERED:

1. The defendant's motion to amend the judgment (filing 25) is granted.

2. Standard condition #10 of the Court's judgment (filing 23) is removed.

3. The United States Probation Officer shall provide the defendant with a written statement setting forth all the conditions to which the defendant's term of probation is subject, as modified by this order and reflected in the defendant's judgment of conviction.

Dated this 27th day of July, 2022.

                                            BY THE COURT:

                                            */s/ John M. Gerrard*
                                            John M. Gerrard
                                            United States District Judge